UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Erin Christine Overtoom<br><br>Debtor(s) | Case No. 13 B 15571 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/15/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 08/19/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $174.00 |
| Less amount refunded to debtor | $168.26 |

**NET RECEIPTS:** $5.74

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5.74 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5.74

Attorney fees paid and disclosed by debtor:   $1,806.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advanced Radiology Consultants | Unsecured | 232.70 | NA | NA | 0.00 | 0.00 |
| Ameritox, Ltd. | Unsecured | 48.54 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 438.82 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 415.02 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Service | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| Cadence Health | Unsecured | 2,413.54 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 4,873.83 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 6,217.00 | 6,281.97 | 6,281.97 | 0.00 | 0.00 |
| Coastal Connecticut RAD | Unsecured | 243.53 | NA | NA | 0.00 | 0.00 |
| Department of Repro Endocrinology | Unsecured | 147.30 | NA | NA | 0.00 | 0.00 |
| Dermatology Center | Unsecured | 61.11 | NA | NA | 0.00 | 0.00 |
| DirectLoans/US Dept of Education | Unsecured | 21,969.73 | NA | NA | 0.00 | 0.00 |
| DirectTV | Unsecured | 736.78 | NA | NA | 0.00 | 0.00 |
| Edward Health Ventures | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| EMP of Fairfield County, Ltd. | Unsecured | 312.45 | NA | NA | 0.00 | 0.00 |
| Inge Johannssen-Schultz, APRN | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 300.94 | NA | NA | 0.00 | 0.00 |
| Laura Vail Sage Inc dba Mason Famil | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Mayo Clinic | Unsecured | 13,977.91 | NA | NA | 0.00 | 0.00 |
| Medicredit Corp | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Neurology Association of Norwalk | Unsecured | 94.47 | NA | NA | 0.00 | 0.00 |
| New Canaan Internal Medicine | Unsecured | 504.90 | NA | NA | 0.00 | 0.00 |
| Niki J Douros, DMD | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Norwalk Hospital | Unsecured | 2,559.00 | NA | NA | 0.00 | 0.00 |
| Norwalk Radiology Consultants | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Pulmonary Association of Stamford | Unsecured | 61.20 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 931.70 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc. | Unsecured | 13.97 | NA | NA | 0.00 | 0.00 |
| Sallie Mae Servicing | Unsecured | 19,296.62 | NA | NA | 0.00 | 0.00 |
| Stamford EMS | Unsecured | 378.59 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Stamford Hospital | Unsecured | 1,434.58 | NA | NA | 0.00 | 0.00 |
| Stamford Pathology Group, PC | Unsecured | 77.10 | NA | NA | 0.00 | 0.00 |
| Stephanie I. Goldpin MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Stern and Associates | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| The Eye Care Group | Unsecured | 36.06 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medical Cente | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Walgreens - Option Cave | Unsecured | 2,637.47 | NA | NA | 0.00 | 0.00 |
| West MED Medical Group | Unsecured | 195.73 | NA | NA | 0.00 | 0.00 |
| Winfield Laboratory Consultants SC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Winfield Radiology Consultants | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Yale New Haven Health | Unsecured | 1,104.82 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,281.97 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,281.97** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5.74 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS**: | **$5.74** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/30/2013                                   By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**